AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| COLLEEN ROCHE,<br>*Plaintiff*<br>v.<br>THE LILLIAN GOLDMAN FAMILY, L.L.C., et al.<br>*Defendant* | )<br>)<br>)<br>)  Civil Action No.  1:24-cv-05243<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  SEE RIDER ON FOLLOWING PAGE

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert Hanski, Esq.
Hanski Partners LLC
85 Delancey Street
New York, NY  10002
rgh@disabilityrightsny.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  July 12, 2024

/S/  S.  James
*Signature of Clerk or Deputy Clerk*

RIDER TO SUMMONS IN A CIVIL ACTION

The following are the names and addresses of the defendants for the Summons in a Civil Action

    THE LILLIAN GOLDMAN FAMILY, L.L.C.
    1185 SIXTH AVE FL 10
    NEW YORK, NY, UNITED STATES, 10036

    1186 BROADWAY LLC
    NATIONAL REGISTERED AGENTS, INC.
    28 LIBERTY ST.
    NEW YORK, NY, UNITED STATES, 10005

    1186 BROADWAY TENANT LLC
    NATIONAL REGISTERED AGENTS, INC.
    28 LIBERTY ST.
    NEW YORK, NY, UNITED STATES, 10005

    BROADWAY BAGEL VENTURES LLC
    ATTN: MATT KLEIGMAN
    176 FIRST AVENUE
    NEW YORK, NY, UNITED STATES, 10009

    JUICE GENERATION INC.
    122 E 42ND ST STE 3905
    NEW YORK, NY, UNITED STATES, 10168

    MB NOMAD, LLC
    C/O MOMOMILK, LLC
    30 W 26TH STREET, 4TH FL
    NEW YORK, NY, UNITED STATES, 10010

    STUMPTOWN COFFEE CORP.
    C T CORPORATION SYSTEM
    28 LIBERTY ST.
    NEW YORK, NY, UNITED STATES, 10005