USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/7/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

COLLEEN ROCHE,

                      **Plaintiff,**

     -against-

THE LILLIAN GOLDMAN FAMILY, LLC,
et al.,

                      **Defendants.**
-----------------------------------------------------------------X

**24-CV-5243 (VSB)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

     The parties are ORDERED to file a joint status letter no later than Friday, April 18, 2025, informing the Court of (1) the status of Plaintiff's expert site inspections; and (2) mediation.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    April 7, 2025
             New York, New York