UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

COLLEEN ROCHE,

                              Plaintiff,

             -against-

THE LILLIAN GOLDMAN FAMILY, LLC,
et al.,

                            Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/22/2025

24-CV-5243 (VSB)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      The parties were directed to file a joint status letter no later than Friday, April 18, 2025, informing the Court of (1) the status of Plaintiff's expert site inspections; and (2) mediation. No status letter has been filed. The parties shall file a status letter no later than Thursday, April 24, 2025.

**SO ORDERED.**

                                                           SARAH NETBURN
                                                           United States Magistrate Judge

DATED:       April 22, 2025
                New York, New York