UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                    :

COLLEEN ROCHE,                    :

                                  :

               Plaintiff,     :

                                  :               24-CV-5243 (VSB)

          -against-        :

                                  :                   **ORDER**

                                  :

THE LILLIAN GOLDMAN FAMILY, LLC,  :
*et al.*,                             :

                                  :

               Defendants.  :
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On March 24, 2026 at 2:00 p.m., I held a telephonic conference with the parties to discuss Defendants' anticipated motion for summary judgment and any ongoing discovery disputes and settlement negotiations.  The parties both expressed interest in participating in a settlement conference.  Accordingly, I have referred this action to Magistrate Judge Sarah Netburn for a settlement conference.  (Doc. 79.)  Moreover, once the initial settlement conference has been scheduled, the parties are directed to meet and confer regarding the anticipated summary judgment motion and submit a proposed briefing schedule to the Court.

Dated:     March 24, 2026
          New York, New York

Vernon S. Broderick
United States District Judge