USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 8/25/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X

**COLLEEN ROCHE,**

**Plaintiff,**

**-against-**

**THE LILLIAN GOLDMAN FAMILY, LLC, et al.,**

**Defendants.**

--------------------------------------------------------------X

**24-CV-5243 (VSB)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On June 10, 2026, the parties requested a stay of summary judgment briefing, stating that they remained interested in participating in a settlement conference but that such a conference could not take place until August. ECF No. 89. In light of the settlement conference now scheduled for September 30, 2026, the Court sets the following briefing schedule for summary judgment:

- Defendant's moving papers due by October 14, 2026
- Plaintiff's opposition papers due by November 20, 2026
- Defendants' reply papers due on December 11, 2026

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: August 25, 2026
New York, New York