USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/14/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

**COLLEEN ROCHE,**

**Plaintiff,**

**-against-**

**THE LILLIAN GOLDMAN FAMILY, LLC, et al.,**

**Defendants.**

---------------------------------------------------------------X

**24-CV-5243 (VSB)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The parties have advised the Court that they have reached a settlement in principle. The summary judgment briefing schedule that was set on August 25, 2026, ECF No. 92, is adjourned without further date. By Friday, November 6, 2026, the parties shall file either a stipulation of dismissal or a letter informing the Court of the status of the matter.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: October 14, 2026
New York, New York